Trial Lawyers for leave to file briefs as *amici curiae* granted. Motions of Benjamin R. Civiletti et al. and Louis Nizer et al. for leave to file briefs as *amici curiae* in No. 90–802 granted. Motion of National Council of Churches of Christ et al. for leave to file a brief as *amici curiae* in No. 90–807 granted. Certiorari denied. Reported below: 914 F. 2d 505.

No. 90–1282. AMER ET VIR *v.* DEPARTMENT OF SOCIAL SERVICES ET AL. Ct. App. Mich. Motion of respondent minor children for leave to proceed *in forma pauperis* without an affidavit of indigency granted. Certiorari denied.

No. 90–1293. SCROGGY, WARDEN *v.* KORDENBROCK. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–6614. RODDEN *v.* MISSOURI. Sup. Ct. Mo.; and
No. 90–7116. ROBINS *v.* NEVADA. Sup. Ct. Nev. Certiorari denied. Reported below: No. 90–6614, 795 S. W. 2d 393; No. 90–7116, 106 Nev. 611, 798 P. 2d 558.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–7080. HUMMER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 90–901. ALEXANDER *v.* EVANS & DIXON LAW FIRM ET AL., 498 U. S. 1086;
No. 90–1057. MCINTIRE *v.* MINNESOTA ET AL., 498 U. S. 1090;
No. 90–1085. GIUFFRIDA *v.* UNITED STATES, 498 U. S. 1090;
No. 90–1103. BEAUCOUDRAY ET VIR, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, KELTY *v.* GREEN ET AL., 498 U. S. 1090;
No. 90–6012. DOLPHIN *v.* PHIPPS ET AL., 498 U. S. 1031;
No. 90–6048. WARE *v.* MISSOURI, 498 U. S. 1092;

No. 90–6120. MARYLAND v. HUFFMAN, WARDEN, ET AL., 498 U. S. 1093;

No. 90–6127. TAYLOR v. T. K. INTERNATIONAL, INC., ET AL., 498 U. S. 1033;

No. 90–6128. WORD v. UNITED STATES, 498 U. S. 1121;

No. 90–6266. MARSHALL v. CALIFORNIA, 498 U. S. 1110;

No. 90–6515. STEVENSON v. MARYLAND, 498 U. S. 1098;

No. 90–6544. PETERSON v. NORTH CAROLINA PAROLE COMMISSION ET AL., 498 U. S. 1100;

No. 90–6593. COWART v. TEXAS, 498 U. S. 1102;

No. 90–6605. MACKEY v. MICHIGAN ET AL., 498 U. S. 1102;

No. 90–6634. IN RE KLEINSCHMIDT, 498 U. S. 1081;

No. 90–6663. RAMIREZ v. CALIFORNIA, 498 U. S. 1110;

No. 90–6668. ROBINSON v. ARIZONA, 498 U. S. 1110;

No. 90–6686. HAWKINS v. COLUMBIA FIRST FEDERAL SAVINGS & LOAN ASSN., 498 U. S. 1105;

No. 90–6711. LANDRUM v. OHIO, 498 U. S. 1127;

No. 90–6722. BYRNE v. UNITED STATES, 498 U. S. 1106;

No. 90–6724. TURNER v. FALK, DIRECTOR, HAWAII DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 909;

No. 90–6765. BROWN v. KOEHLER, ante, p. 909;

No. 90–6801. ARIGBEDE v. UNITED STATES, 498 U. S. 1124;

No. 90–6884. CLEMONS v. ARVONIO, 498 U. S. 1125;

No. 90–6944. FULLER v. WARDEN, MARYLAND PENITENTIARY, ante, p. 928; and

No. 90–7036. WELKY v. PRELESNIK, WARDEN, ante, p. 912. Petitions for rehearing denied.

APRIL 22, 1991

No. 88–7301. GORMAN v. MARYLAND. Ct. App. Md. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Powers v. Ohio, ante, p. 400.

No. 89–6271. BUI v. ALABAMA. Sup. Ct. Ala. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Powers v. Ohio, ante, p. 400.